BRIAN CONSTRUCTION AND DEVELOPMENT COMPANY,
INC. *v.* JOHN BRIGHENTI

It appearing that the defendant in the above-entitled case has failed to defend with proper diligence against the plaintiff's appeal from the Superior Court in Hartford County, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that unless the defendant files his brief on or before April 3, 1978, the judgment be set aside and the case be remanded with direction to render judgment for the plaintiff.

*John V. Zisk,* for the appellee (defendant).

*Edwin M. Lavitt,* for the appellant (plaintiff).

Argued February 16—decided February 16, 1978

ROGER BORGERSEN ET AL. *v.* JOSEPH N. GILL,
COMMISSIONER OF ENVIRONMENTAL PROTECTION
ET AL.

The motion by the defendant Midcon Realty Group of Connecticut, Ltd., to dismiss the appeal from the Court of Common Pleas in New Haven County is denied by the court.

*William T. Shea,* for the appellee (defendant Midcon Realty Group of Connecticut, Ltd.).

*Richard L. Albrecht,* for the appellants (plaintiffs).